ORDERED.

**Dated: February 01, 2017**

Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Luis G. Bedoya | ) | Case # 6:16-bk-07720-CCJ |
| Thanya M. Godoy | ) | Chapter 7 |
| | ) | |
| Debtors | ) | |

**AGREED ORDER GRANTING WELLS FARGO BANK, N.A. MOTION FOR RELIEF FROM STAY (DOC # 8)**

This case comes before the Court on Wells Fargo Bank, N.A. ("Secured Creditor"), its successors and/or assigns, Motion for Relief from Stay (Doc. # 8) and Trustee's Response (Doc. # 18) and this matter is set for hearing on February 14, 2017 at 1:45 p.m. Upon agreement of the parties, it is hereby ordered and adjudged as follows:

**ORDERED**:

1. Secured Creditor's Motion for Relief from Automatic Stay is Granted effective 90 days after entry of this Order.

2. The automatic stay imposed by 11 U.S.C. § 362 will be terminated 90 days after the entry of this Order as to Secured Creditor's interest in 6671 Garfield Street, Hollywood, FL 33024 in Broward County, Florida, and more particularly described as:

**LOT 31, BLOCK 1, FEDERAL PARK, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 53, AT PAGE 45, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

3. The Order granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor, its successors and/or assigns, to obtain an in rem judgment against the property described above. Secured Creditor shall not seek an in personam judgment against the Debtors.

4. Secured Creditor is further granted relief in order to contact the Debtors by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. Secured Creditor will advise Trustee of when the Foreclosure Sale Date is set.

6. The hearing currently scheduled for February 14, 2017 at 1:45 p.m. is hereby removed from the Court's calendar.

Agreed to on this 1st day of February, 2017

/s/Shaina Druker
Shaina Druker, Esquire
Brock & Scott, PLLC
1501 NW 49th Street, Suite 200
Ft. Lauderdale, FL 33309
Phone: 813-342-2200 x4740
Fax: (954) 618-6954
Floridabklegal@brockandscott.com

/s/Richard B. Webber II
Richard B. Webber II, Trustee
PO Box 3000
Orlando, FL 32802-3000
Phone: (407)425-4010
E-mail: rwebber@zkslawfirm.com

Trustee, Richard B. Webber II, is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order